IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MCCLENTON,** | : | |
|    **Plaintiff** | : | |
| | : | **No. 1:19-cv-1958** |
|    v. | : | |
| | : | **(Judge Rambo)** |
| **JANE DOE (1) MS. RYAN,** *et al.*, | : | |
|    **Defendants** | : | |

## ORDER

**AND NOW**, on this 8th day of March 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for reconsideration (Doc. No. 30) is **DENIED**; and

2. The parties are directed shall complete mediation within sixty (60) days of the date of this Order; and

3. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

                                           s/ Sylvia H. Rambo
                                           United States District Judge